**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLESSED COMMUNION LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-12945 |
| SPECIALTY PROCESS ENGINEERING COMPANY, LLC, GRAY, INC. & AD PROCESS EQUIPMENT, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

Defendants Specialty Process Engineering Company, LLC, Gray, Inc., and AD Process Equipment, LLC hereby remove this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1441 and § 1446. The grounds for removal are as follows:

1. Plaintiff Blessed Communion LLC filed this action in the Circuit Court of Cook County, Illinois on July 28, 2025. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders filed and served in the action are attached hereto as Exhibit A.

2. Removal of this action is timely pursuant to 28 U.S.C. § 1446(b)(1). Defendants Specialty Process Engineering Company, LLC and AD Process Equipment, LLC were served with process on September 24, 2025. Defendant Gray, Inc. was served with process on September 30, 2025.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). As detailed more fully below, this action is between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Therefore, the action may be removed to this Court pursuant to 28 U.S.C. § 1441.

4. Plaintiff Blessed Communion LLC is a limited liability company whose sole member, upon information and belief after investigation into publicly available information, is a natural person domiciled in the State of Illinois.

5. Defendant Specialty Process Engineering Company, LLC was a limited liability company that ceased to exist following a merger into Defendant AD Process Equipment, LLC in March 2023. *See* Articles of Merger, attached as Exhibit B.

6. Defendant AD Process Equipment, LLC is a limited liability company whose sole member is AD Holdings, Inc. AD Holdings, Inc. is a Minnesota corporation with a principal place of business in Ramsey, Minnesota.

7. Defendant Gray, Inc. is a Kentucky corporation with a principal place of business in Lexington, Kentucky.

8. Blessed Communion LLC is seeking damages in an amount in excess of the amount required for diversity jurisdiction under 28 U.S.C. § 1332(a). *See* Ex. A, Compl. ¶ 58.

9. All defendants have joined in removal of this action. *See* 28 U.S.C. § 1446(b)(2).

10. As required by 28 U.S.C. § 1446(d), defendants will promptly give written notice of the filing of this Notice of Removal to Plaintiff Blessed Communion LLC and will file a copy of this Notice of Removal with the Clerk of Court for the Circuit Court of Cook County.

Dated: October 23, 2025

Respectfully submitted,

/s/ David M. Friebus
David M. Friebus
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200
dfriebus@bakerlaw.com
kwalton@bakerlaw.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on October 23, 2025, he caused a true copy of the foregoing Notice of Removal to be served on the following counsel of record via email and first-class mail:

>Michael R. Phillips
>McGuire Woods LLP
>77 W. Wacker Drive, Suite 4100
>Chicago, IL 60601
>mphillips@mcguirewoods.com

>>>>>>>*/s/* David M. Friebus