# EXHIBIT A

Law Division Motion Section Initial Case Management Dates for UNCONTESTED,EX PARTE,R,Agr will be heard in-person
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 9/25/2025 9:30 AM

FILED
7/28/2025 12:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
33755644

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**LAW DIVISION**

| | |
|---|---|
| BLESSED COMMUNION LLC | |
| *Plaintiff* | Case No. _____ 2025L009470 |
| v. | |
| SPECIALTY PROCESS ENGINEERING COMPANY, LLC | **JURY TRIAL DEMANDED** |
| **Serve**: C T Corporation System | |
| 208 So LaSalle St, Suite 814 | |
| Chicago, IL 60604-1101 | |
| | |
| GRAY, INC. | |
| **Serve**: Cogency Global Inc. | |
| 828 Lane Allen Road, Suite 219 | |
| Lexington, KY 40504 | |
| | |
| AD PROCESS EQUIPMENT, LLC | |
| **Serve**: Cogency Global Inc. | |
| 600 South Second St., Suite 404 | |
| Springfield, IL 62704-2542 | |
| | |
| *Defendant* | |

## COMPLAINT

Plaintiff, Blessed Communion LLC ("Plaintiff" or "Blessed"), by and through its attorneys, McGuireWoods LLP, for its Complaint, against Defendants Specialty Process Engineering Company, LLC ("SPEC"), Gray, Inc. ("Gray") and AD Process Equipment, LLC ("AD Process") as follows:

### INTRODUCTION

1.  Based in Chicago, Blessed is a world-renowned provider of individually sealed communion cups used in worship services and other religious observances. Blessed was founded by a former Chicago Bears player, Israel Idonije, with the goal of making communion cups available in his native Nigeria and throughout Africa.

FILED DATE: 7/28/2025 12:21 PM  2025L009470

2.      Since its inception in 2010, Blessed has developed a reputation for quality and reliability and has become a valued partner of one of, if not the, largest distributor of church supplies and religious materials in the United States, Lifeway Chrisitan Resources ("Lifeway"). Blessed's primary product line is the 1-tab communion cup.

3.      SPEC is an engineering firm that has been acquired into the Gray family of companies.  In 2020, Blessed contracted with SPEC to design and construct a 2-tab production line (the "Project").  Instead of doing so, however, SPEC took almost two million dollars from Blessed and, in return, provided a production line that was mired with obvious issues and quality control deficiencies.  Far from being a purported engineering expert, SPEC appears to have had little to no experience in engineering production lines for food and beverage manufacturing.

4.      Blessed has conducted a thorough review of SPEC's performance on the Project, including, *inter alia*, retaining an outside engineering firm to review the Project and perform extensive quality testing.  This analysis reveals that a vast majority of the communion cups made on the production line were non-conforming and that  SPEC grossly failed to satisfy its standard of care in its performance of the Project.

5.      The result of SPEC's work is that Blessed has paid approximately $1.9 million for a production line that is entirely incapable of meeting either quantity or quality specifications and is essentially non-functional and has suffered millions in losses.

6.      This Complaint seeks this Court's intervention to give Blessed the benefit of its bargain with SPEC and make it whole for its damages.

<div align="center">PARTIES</div>

7.      Blessed is an Illinois limited liability company with its principal place of business in Chicago, Illinois.

FILED DATE: 7/28/2025 12:21 PM   2025L009470

8.     Upon information and belief, SPEC was an Illinois limited liability company with its principal place of business in Illinois.

9.     Upon information and belief, Gray is a Kentucky corporation with its principal place of business in Kentucky. At all times relevant to this Complaint, Gray was the sole owner of SPEC and exercised operational control over SPEC.

10.    Upon information and belief, AD Process is a Delaware limited liability company with its principal place of business in Illinois.  AD Process is also a direct or indirect subsidiary of Gray and merged with SPEC in 2022.

11.    Gray and AD Process are thus successors in interest to SPEC who are responsible for SPEC's liabilities to Blessed.  As appropriate, the use of the term "SPEC" in this Complaint includes any successor-in-interest to SPEC or other entity which has assumed SPEC's obligations through acquisition, merger or otherwise.

### JURISDICTION & VENUE

12.    Jurisdiction is proper in this Court, insofar as the events at issue occurred in the State of Illinois.  ILLINOIS CONST., Art. VI, § 9 ("Circuit Courts shall have original jurisdiction of all justiciable matters Illinois Const., Art. VI, § 9 . . .").

13.    Venue is proper in this Court, insofar as the events at issue occurred and the cause of action arose in Cook County.  *See* 735 ILCS 5/2-101.

### FACTS

### Blessed's Communion Cup Business.

14.    Communion is a staple of Christian worship services throughout the world.

15.    Many churches and individuals use and rely on communion cups to celebrate communion.

16.    A communion cup consists of a pre-filled plastic juice cup and a communion wafer.  The wafer is sealed in a blister packet on top of the juice cup.

FILED DATE: 7/28/2025 12:21 PM 2025L009470

17.    Communion cups often come in a 1-tab design.  In a 1-tab design, a worshipper opens the communion cup by bending a tab at one end of the cup, peeling back the clear plastic film covering the wafer, removing the wafer, then removing the foil seal from the same end of the cup to access the juice.

18.    Blessed is a leading producer of communion cups, both in the United States and throughout the world.

19.    Part of the Blessed's mission is to make communion available to Christian worshippers in other nations and remote communities worldwide.

20.    Blessed has a strong, positive reputation for producing quality communion cups.  Blessed advertises its communion cups as being ready to serve, sanitary, safe, and easy to transport. It also markets its communion cups as being properly sealed and never touched.

21.    Given the important focus in the Christian faith on communion, the quality of Blessed's communion cups is essential to its business.  The user experience is particularly important in this industry.  That is one of the reasons why having high quality communion cups that are, among other things, intact and easy-to-open is vital to Blessed's success.

**Blessed Retains SPEC to Design and Construct a "2-tab" Communion Cup Line.**

22.    In February 2020, Blessed contacted SPEC regarding designing and constructing a 2-tab production line (the "Project"), which would run in parallel with Blessed's existing 1-tab production line.

23.    SPEC represented to Blessed that it had extensive experience designing similar production lines for food and beverage manufacturing.

24.    Despite its prominence in the market, Blessed is a small company based in Chicago with a handful of management and front office staff.  Blessed has no in-house engineering department or expertise.

4

FILED DATE: 7/28/2025 12:21 PM   2025L009470

25.     SPEC, on the other hand, held itself out at all relevant times as an expert in engineering with the expertise and competence necessary to complete the Project and fulfill the Agreement.

26.     Accordingly, Blessed relied upon SPEC to provide the engineering expertise and competently manage the Project to design and build the 2-tab production line in accordance with written specifications.

27.     In June 2020, SPEC presented a design for a custom-built filling and packaging line at maximum 40 feet in length, a single rotatory cutter, vision system to produce 125 cups per hour or 1 million cups per 8-hour shift.

28.     Thereafter, SPEC prepared a series of written proposals for the 2-tab production line. Although the proposals varied in their specifics, the key specifications described above remained constant through the time that Blessed authorized SPEC to proceed.

29.     Blessed never signed any of SPEC's written proposals or agreed to the terms and conditions thereof. Rather, the Project proceeded after a series of discussions between the Parties, based upon Blessed's verbal authorization to SPEC and its down payment of $300,000 on or about November 23, 2020.

30.     At the time that the parties reached a verbal agreement (the "Agreement") and Blessed paid the deposit,  Revision 4 to Quote Q10604/Project 10694 (dated October 6, 2020; hereinafter referred to as "Revision 4") was the most current version of Spec's proposal  A true and correct copy of Revision 4 is attached hereto as **Exhibit 1**.

31.     The first four pages of Revision 4 reflect the effective specifications for the production line at the time that the Parties negotiations reached a verbal agreement for SPEC to design and build the line.

5

FILED DATE: 7/28/2025 12:21 PM   2025L009470

**SPEC Promises Increased Capacity and the Ability to Make 2-tab Cups**

32.   One of the goals of the Project was to increase Blessed's production capacity in order to satisfy demand.  To that end, as Revision 4 reflects, SPEC promised that it would increase Blessed's overall production capacity from 400,000 cups per day to over 1,000,000 cups per day.  In order to meet this goal, SPEC promised that the 2-tab production line would be able to produce 1,536 cups per minute.

33.   The Project's other goal was to allow Blessed to introduce a new product to the market, a 2-tab communion cup.

34.   In a 2-tab design, the worshipper would use tabs on opposite sides of the cup to first peel back the plastic film to access the wafer, then peel back the foil seal to access the juice. The market advantage of a 2-tab design is that it would be easier to use, especially for older worshippers, and would reduce spillage of the juice as compared to the 1-tab design.

35.   In anticipation of completion of the Project, Blessed marketed its 2-tab cups to Lifeway as well as other customers, and made commitments for delivery of 2-tab cups based upon the Project timeline that SPEC had provided.

**SPEC fails to live up to its obligations under the Project.**

36.   SPEC breached its contractual and other legal obligations to Blessed in multiple ways.  Its principal breaches, however, are as follows.  *First*, SPEC failed to create an operational product line by June 2021.  *Second*, SPEC failed to provide a product line to Blessed that met the required quality and quantity standards.

### A.      *SPEC failed to create an operational production line by June 2021.*

37.   Revision 4 promised a 28-week schedule from the receipt of the down payment to implementation at Blessed's site.

6

FILED DATE: 7/28/2025 12:21 PM 2025L009470

38. Accordingly, under the Agreement, SPEC should have had the line operational by June 2021. *See* Revision 4 at 3 (SPEC).

39. Blessed relied on this timeline in making commitments to Lifeway and other customers for the 2-tab communion cups.

40. In fact, SPEC's timeline for implementation of the 2-cup production line was off by not weeks or months, but several years.

41. Blessed's first test production run with the new line occurred in June 2023 – *two years behind schedule*.

42. At this point, SPEC's subsequent revisions to the design of the 2-tab production line had reduced the production capacity by more than half and Blessed had paid SPEC approximately $1.9 million.

43. Although the reduced production capacity was itself a material breach of the parties' Agreement, due to its investment in the Project and its commitments to its customers, Blessed was eager to get its long-awaiting 2-tab production line running and was hopeful that future improvements would increase capacity to the 1 million per day goal.

### B. Even when SPEC did create a new line, it was beleaguered by failures, setbacks, and quality control issues.

44. It was not to be. The installation of the new production line was beset with failures and setbacks. Employees of SPEC, Gray and their fabrication contractor, Kwality Engineering, ran repeated tests on the line throughout the summer of 2023. But by early September 2023, Blessed was still reporting quality and performance issues.

45. Eventually, SPEC abandoned the Project and refused to engage in any further or sufficient remedial efforts due to Blessed's refusal to pay it additional money on top of the $1.9 million that it had already paid SPEC to fix the problems that it had created.

FILED DATE: 7/28/2025 12:21 PM 2025L009470

46.     As a result, SPEC left Blessed with a production line that not only fails to meet the specified capacity of 1,000,000 cups per day, but which failed to meet design and quality standards.

> ### i.     *SPEC failed to create a product line that would create conforming communion cups.*

47.     In order to confirm and quantify the non-conformity of the 2-tab production line that SPEC designed, built, failed to successfully remediate and then abandoned, Blessed retained an independent engineering firm to conduct testing of the 2-tab communion cups produced on the line.

48.     The results of this testing exposed SPEC's total incompetence and failure to live up to its obligations to Blessed.

49.     For example, Blessed tested the following attributes of the 2-tab cups: (1) whether the wafer was present, complete and centered and (2) whether the cup was collapsed or dented. The below shows the differences between conforming and non-conforming product:



FILED DATE: 7/28/2025 12:21 PM    2025L009470



50. Blessed's testing established that a vast majority of cups that the 2-tab line produced were

non-conforming to these standards:

- 17.5% of wafers were off-center;

- 15% of wafers were cut and not intact;

- 19.4% of cups had no wafer at all;

- 17.5% of cups were dented;

- 20.6% of cups were collapsed;

- Overall, 70% of cups produced by the 2-tab line were non-conforming, as opposed to only 5% of cups produced by the 1-tab line;

- Indeed, *none* of the cups from the 1-tab line had *any* of the above defects except that 5% of 1-tab cups were collapsed, all of which were attributable to a single cup-forming cavity on the 1-tab line at the time of testing.

FILED DATE: 7/28/2025 12:21 PM   2025L009470

51.     A summary of the results of this attribute testing is as follows:



ii.     *SPEC failed to create a product line that would create communion cups with specified characteristics.*

52.     Blessed also studied the following variable (quantitative) characteristics of the cups produced on the 2-tab line: number of cups per container, juice volume, soft bottoms, film peel force, foil peel force, film burst pressure and foil burst pressure.

53.     Blessed's testing showed that the quality of the cups produced on the 2-tab line was diminished from the quality of the 1-tab line and below acceptable manufacturing standards:

•       Although both lines are intended to produce 500 cups per box, the average deviation of the 2-tab line was 24-25 cups per box, with some boxes being short as many as 53 cups, as compared to 5-6 cups per box on the 1-tab line:

•       98% of the 2-tab cups had soft bottoms;

10

FILED DATE: 7/28/2025 12:21 PM   2025L009470

- 76% of the 2-tab cups were filled to the incorrect volume, with 75% underfilled;

- Both the film and the foil on the 2-tab cups were more susceptible to bursting at lower pressures, with over 4% of the film on the 2-tab cups bursting at pressure of less than 10 inHg vacuum.

- 14% of the 2-tab cups tested with lower peel force than the 1-tab line, with 16% of 2-tab cups having an incomplete film peel and 18% of cups not sealed around the perimeter (as illustrated below), issues not observed at all on the 1-tab line, as depicted below:



> ### iii. SPEC failed to create a product line free from patent design defects, endangering the workers around it.

54. Aside from these egregious quality issues, there were numerous patent design defects on the 2-tab line, which included:

- A highly inefficient and cumbersome process for juice mixing, with no hygienic piping and no connections automatically controlled with pneumatic valving;

- The level sensors in the tanks consistently gave inaccurate and inconsistent readings;

FILED DATE: 7/28/2025 12:21 PM   2025L009470

- The design of the system does not allow it to completely drain after cleaning, affecting the juice brix;

- A lack of floor drains under the line results in the line draining into plastic buckets, which operators must empty;

- A lack of drains and other accommodations to allow the line to be cleaned;

- Where drainage exists, the drain lines and valves are placed above electric motors, creating an electrical safety hazard;

- Although the wafer filling station is intended to operate automatically, in fact, operators must monitor the station to ensure that the wafer pockets are evenly filled

- Operators cannot access the wafer filling station without removing a safety guard;

- The quality control vision system is inoperative and has never worked, requiring additional operators to perform quality control;

- The line was lengthened to accommodate the vision system that was never installed and to replace one rotary cutter with four vertical cutters, encroaching on floor space; and

- Basic lean manufacturing principles have not been observed, creating multiple inefficiencies and extremely lengthy processes to fill the juice tank and drain the lines, among other things.

55. SPEC failed to satisfy either the standard of care or the specifications of Revision 4 and the Agreement in the design and installation of the 2-tab line.

56. In addition to the design and quality defects described above, SPEC's repeated delays in completing the project, its constant turnover of personnel assigned to the project and its abandonment of the project after Blessed resisted SPEC's extortionate demands for more money to fix the problems that it created all contributed to SPEC's inability to competently design and build the 2-tab production line.

**C.**    ***Blessed relied on SPEC's purported special expertise and has been damaged by SPEC's improper actions and inactions.***

57. Blessed placed its trust and reliance in SPEC's expertise and representations.

FILED DATE: 7/28/2025 12:21 PM  2025L009470

58.     Blessed has suffered extensive damages due to SPEC's improper actions and inaction, including (but not limited to) the approximately $1.9 million that Blessed paid to SPEC, its lost profits from the expected additional volume from the 2-tab line, and harm to Blessed's customer relationships and industry reputation.

59.     Indeed, Blessed has recently received a demand from a customer, for damages arising from Blessed's inability to fulfill its contractual obligations to deliver 2-tab cups.  Blessed has potential exposure to this and other customers for failing to fulfill its commitments to supply 2-tab communion cups, all of which has been proximately caused by Spec's breaches of its contractual and common law duties.

60.     Blessed believes that its damages suffered because of SPEC's breaches exceed $10 million.

61.     As successors in interest to SPEC, Defendants Gray and AD Process are legally responsible for the consequences of SPEC's breaches of its duties.

## COUNT I
### BREACH OF CONTRACT

62.     Blessed restates and incorporates by reference the preceding paragraphs as if fully stated herein.

63.      A valid and enforceable oral contract existed between Blessed and SPEC in the form of the Agreement.

64.     Blessed performed all of its duties and responsibilities under the Agreement, including paying SPEC almost $2 million for the design, construction and installation of the 2-tab production line.

65.     SPEC materially breached the terms of the Agreement in several ways.

13

FILED DATE: 7/28/2025 12:21 PM    2025L009470

66.     Specifically, as revealed by the review and quality testing that Blessed has conducted, SPEC breached the terms of the Agreement by failing to design and construct a 2-tab production line that would meet industry standards, customs, and practices.

67.     SPEC breached the terms of the Agreement by failing to design and construct a production line that would create conforming product, with the required quantity and quality requirements of the Agreement.

68.     SPEC breached the terms of the Agreement by failing to design and construct a production line that would create communion cups with specified characteristics.

69.     SPEC breached the terms of the Agreement by failing to design and construct a production line that would produce 1 million communion cups per day.

70.     SPEC breached the terms of the Agreement by failing to design and construct a production line free from patent design defects.

71.     SPEC breached the terms of the Agreement by failing to remediate its deficiencies in the Project and its execution of the Project.

72.     SPEC breached the terms of the Agreement by failing to provide competent and qualified employees to work on the Project, failing to remediate its errors in the Project, failing to take steps to mitigate the injury to Blessed, and demanding additional money when it had failed so badly to perform under the Agreement.

73.     Blessed has been injured by SPEC's breaches of the Agreement.

74.     Those injuries include, *inter alia*, the approximately $1.9 million that Blessed paid to SPEC, its lost profits from the expected additional volume from the 2-tab line, and harm to Blessed's customer relationships and industry reputation.

FILED DATE: 7/28/2025 12:21 PM   2025L009470

75.     Blessed is entitled to monetary damages from Defendants for SPEC's breaches of contract in an amount to be determined by a jury.

### COUNT II
### NEGLIGENCE

***(Pled in the Alternative to Count I)***

76.     Blessed restates and incorporates by reference the preceding paragraphs as if fully stated herein.

77.     SPEC owed Blessed a common law duty of care to design and construct a 2-tab production line that would meet industry standards, customs, and practices.

78.     SPEC breached that duty to Blessed by failing to design and construct a 2-tab production line that met industry standards, customs, and practices.

79.     SPEC was negligent in its design and construction of the 2-tab production line in the manner described herein.

80.     Blessed was injured by SPEC's negligence.

81.     Those injuries include, *inter alia*, the approximately $1.9 million that Blessed paid to SPEC, its lost profits from the expected additional volume from the 2-tab line, and harm to Blessed's customer relationships and industry reputation.

82.     Blessed's injuries were proximately caused by SPEC's negligence.

83.     Blessed is entitled to monetary damages from Defendants arising from SPEC's negligence, in an amount to be determined by a jury.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff Blessed Communion, LLC respectfully requests that the Court award the following relief:

i.      Award Blessed monetary relief from SPEC in an amount to be proven at trial;

FILED DATE: 7/28/2025 12:21 PM   2025L009470

ii.      Award Blessed punitive damages against Defendants;

iii.     Award Blessed its reasonable attorneys' fees and costs;

iv.     And award such other relief as the Court deems just and proper.

<div align="center">**JURY DEMAND**</div>

Blessed requests trial by jury of all claims so triable.

Dated: July 28, 2025               Respectfully submitted,

BLESSED COMMUNION LLC

*/s/ Michael R. Phillips*
Michael R. Phillips (Illinois Bar # 06225845)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Tel:  312 750 8902
Fax:  312 920 6181
mphillips@mcguirewoods.com
Firm ID No. 40426

*Attorney for Plaintiff*

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in-person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 9/25/2025 9:30 AM

# EXHIBIT 1

FILED
7/28/2025 12:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
33755644

FILED DATE: 7/28/2025 12:21 PM   2025L009470

FILED DATE: 7/28/2025 12:21 PM 2025L009470



Specialty Process Engineering Company, LLC
25523 W Ruff St, Plainfield, IL 60585
**P** 815.676.5006 | **F** 630.303.9800
www.spec.engineering

Quote: Q10604
Project: 10694
Revision: 4
Location: Chicago, IL
Date: 10/6/2020



**Blessed Communion**
1420 South Michigan Ave
Chicago, IL 60605

**Attn:** Kelley Speck
President
Blessed Communion
(630) 415-7164
kelley@blsd.com

## Replacement Filling and Packaging Line

### Project Description

Spec Engineering proposes to provide engineering and design to supply a custom filling and packaging line. Line will be able to produce up to 1,536 finished cups or units per minute. All case pacing and cartoning will be end of line accumulation with hand pack stations.

Spec Engineering recommends a detailed design phase as a fast track first step to confirm the total installed cost within +/- 5%. In addition to the refined TIC, Spec Engineering will also provide equipment details and process flow drawings that account for the increase in process capacity from 400,000 cups/day to over 1,000,000 cups/day. Will design all end of line automation to keep up with the increase in throughput.

### Equipment

#### Cup and Wafer Filling and Sealing Line
- Film feed and unwinders
- Vacuum Thermal Forming table
- Indexing drive system with Servo and sensor drive feedback
- Liquid deposition 128 -1.5oz DepositMore
- Continuous head 40 gallon refill tank
- 16 head 4 Nozzle design on a 4 second cycle
- Film feeder with roto-forming dimple impression 24-Custom
- Vibratory wafer feed with two section lane placer
- Integrated QC vision system
- Film feed and heat seal index compression
- Continuous inkjet coding with hi-res food grade ink
- Platen press cutter and knock-out with flash rewind
- Piece count auto fill and divert with manual case pack out
- Box feed to automatic taper and print for manual palletizing
- Design for robotic palletizer for automated fulfillment

FILED DATE: 7/28/2025 12:21 PM  2025L009470



Specialty Process Engineering Company, LLC
25523 W Ruff St, Plainfield, IL 60585
**P** 815.676.5006 | **F** 630.303.9800
www.spec.engineering

Quote: Q10604
Project: 10694
Revision: 4
Location: Chicago, IL
Date: 10/6/2020

## Juice Batch Make Up and Transfer System
- Two tank 100 gallon skid with transfer pump
- Agitator and Germicidal Ultraviolet Lamp pasteurization system
- Inline heat and cooling feed tanks with all process control
- Hygienic piping and connections all automatic controlled with pneumatic valving

## Controls and Automation
- Main control panel with PLC for process control
- 15" HMI with all systems integration with Smart Batch control
- MCC panel with VFD and servo drive controls
- All custom programming and integration included

## Price

| Description | Price |
|---|---|
| **Front End Design - Process Engineering** | $14,900.00 |
| • Equipment & Design Evaluation | |
| • Process Flow Diagrams | |
| • Updated Proposal | |
|  ◦ +/- 5% Total Installed Cost | |
|  ◦ Detailed Equipment List | |
|  ◦ Utility Use Requirements | |
| **Equipment** | $1,949,800.00 |
| • Specification of all necessary equipment | |
| • Associated certified drawings to be submitted at the completion of project. | |
| **Controls Integration** | $70,890.00 |
| • Specification of all hardware | |
| • Provided program and electrical schematics | |
| **Engineering Services** | $27,390.00 |
| • Procurement Support | |
| • Detailed Engineering | |
| **On-Site Services** | $38,675.00 |
| • On-Site Construction Management, Implementation & Supervision | |
| • Startup Assistance and Project Documentation | |
| **Total** | **$14,900.00** |

*Process Engineering Simplied*

*EXHIBIT 1 - Page 002*

FILED DATE: 7/28/2025 12:21 PM   2025L009470



Specialty Process Engineering Company, LLC
25523 W Ruff St, Plainfield, IL 60585
**P** 815.676.5006 | **F** 630.303.9800
www.spec.engineering

Quote: Q10604
Project: 10694
Revision: 4
Location: Chicago, IL
Date: 10/6/2020

## Freight

Freight costs, customs fees, duty, or off leading of freight is not included in this proposal. All equipment is F.O.B. origin, but SPEC can arrange and coordinate freight on a pre-pay and add basis. Charges will be consolidated and forwarded to the buyer at completion of project. Charges will be billed at cost plus 10% service and administration charge. SPEC can coordinate deliveries with Buyer based on Buyer's needs and preferences.

## Schedule *(Duration start from receipt of down payment)*

- 3 Weeks Engineering & Submittal of Front End Design Drawings & Deliverables, (budget refinement)
- 22 Weeks Manufacturing and Procurement
- 3 Weeks Shipment from SPEC and implementation at site

## Payment Terms

| | | |
|---|---|---|
| 30% | Upon Receiving Order *(due upon receipt)* | |
| 30% | Upon Submittal of Approval Drawings *(due net 30)* | |
| 30% | Prior to Shipment of Equipment *(due upon receipt)* | |
| 10% | Upon Successful Commissioning or 60 Days from Ship Date *(whichever arrives first, due upon receipt)* | |

## Exclusions

Unless otherwise stated in this proposal, the following is a partial list of clarifications & exceptions and items not included. Some or all of these items may be required for complete implementation of this project.

1. On-site commissioning / start-up and operator training can be provided at additional cost.
2. Spare / replacement parts can be provided at additional cost, subject to manufacturer availability.
3. All equipment provided to be manufacturer standard paint specifications and color.
4. Copies of standard SPEC quality testing forms and / or videos can be provided at no additional cost if requested in advance of such testing.FAT (Factory Acceptance Test) of equipment using product is excluded.A "dry" FAT, customized to the equipment and project, can be arranged to inspect construction quality, review controls screens, confirm motor rotations, and witness other demonstratable aspects, at an agreed upon additional cost and time.
5. All required utilities (e.g. power, air, water, steam, chilled water, sewer, etc.) are assumed available in sufficient quantity, quality, and proximity to equipment.
6. Soil, sub-soil, water table, or other related testing. Excavation and site preparation.Foundation modifications, footings, testing, or design.Concrete equipment pads.
7. Site demolition and/or equipment installation (e.g. work by millwrights and mechanical / piping & insulation / ducting / electrical trades).Asbestos and/or lead paint remediation - no SPEC personnel contact with such materials permitted.
8. Instrumentation wiring, calibration, and parameter set-up.Plant PLC and/or DCS communications, programming, and integration.Electrical installation (e.g. power disconnects, conduit and wiring to motors, panels, and MCCs, etc.).If electrical installation is listed as included in the SPEC proposal scope, EMT conduit with threaded connections shall be standard supply.
9. Fire protection (e.g. sprinkler systems, permitting, inspections, etc.). Grounding and lightning protection.
10. Building modifications or improvements (e.g. roofing, walls, windows, doors, penetrations, dust curtains, control rooms, offices, bathrooms, laboratory, HVAC, room conditioning, ventilation, painting, driveways, ramps, loading docks, sidewalks, bollards, isle ways, guarding, fencing, gates, etc.).
11. Structures and access platforms.Structural inspections of building or equipment, including equipment and structures to be supplied by this proposal.

FILED DATE: 7/28/2025 12:21 PM   2025L009470



Specialty Process Engineering Company, LLC
25523 W Ruff St, Plainfield, IL 60585
**P** 815.676.5006 | **F** 630.303.9800
www.spec.engineering

Quote: Q10604
Project: 10694
Revision: 4
Location: Chicago, IL
Date: 10/6/2020

12. Engineering, applications / submissions, or fees for permits (e.g. construction, air, water, waste, etc.).
13. Environment and pollution monitoring and control. EPA particulate emission modeling, permitting, or inspection.AIB, 3-A, OSHA, or other industry inspections or certifications.Certificate of occupancies.
14. Freight costs, customs fees, duty, or offloading of inbound and outbound freight.
15. Taxes or other expenses assessed by any government entity (including but not limited to federal, state, municipal, excise, sales, use, occupational) now in force or to be enacted.

## Quotation

The total price of equipment and services is as specified in the proposal. Prices in this proposal are valid for thirty days from the date of this proposal. The prices for the equipment are based on the preliminary design and may change upon the seller's final engineering design with the consent and approval of the buyer. Prices will be adjusted accordingly for these changes.

## Order Instructions

If you are in agreement of this quotation, please electronically sign below.

If your company requires a purchase order submission, please address to:
SPEC Engineering, Attention: Amy Kerns, 25523 W. Ruff St., Plainfield, IL 60585.

Please send purchase order via mail or email to Amy Kerns at orders@spec.engineering or via fax at 630.303.9800.

## Customer Acceptance

Customer: _____

Signature: _____

Print Name: _____

Title: _____

Date: _____

PO Number (if known): _____

*Process Engineering Simplied*

*EXHIBIT 1 - Page 004*

FILED DATE: 7/28/2025 12:21 PM    2025L009470



Specialty Process Engineering Company, LLC
25523 W Ruff St, Plainfield, IL 60585
**P** 815.676.5006 | **F** 630.303.9800
www.spec.engineering

Quote: Q10604
Project: 10694
Revision: 4
Location: Chicago, IL
Date: 10/6/2020

## SPEC STANDARD TERMS AND CONDITIONS

**1. ACCEPTANCE.** Buyer may accept this product offering ("Offering") by a written acceptance, acknowledgement or purchase order delivered to Specialty Process Engineering Company, LLC ("SPEC" or "Seller") within a reasonable time or by delivery of the goods or services ordered. Acceptance of this Offering constitutes acceptance of all of the Terms and Conditions contained herein to the exclusion of any and all other potentially conflicting terms and conditions. Each Purchase Order shall become binding upon Seller only after it has been accepted by an authorized representative at SPEC's headquarters located in Plainfield, Illinois. Any provisions of Buyer's Acknowledgment forms, Purchase Orders or similar documents which are inconsistent with the provisions of this Offering are specifically rejected by Seller and shall be of no force and effect. Buyer's receipt of good or any other acts of acceptance shall be construed as a waiver of any additional, different or inconsistent terms proposed by the Buyer.

**2. CHANGES TO ORDER.** This Offering constitutes the entire contract between Buyer and Seller with respect to the work, product and material specified and expressly incorporate any and all previous communications (both oral and written) between Buyer and Seller. Subsequent oral or verbal instructions or agreements relating to or altering this Offering in any way will not alter Seller's obligations under this Offering. Any amendments to this Offering shall be binding upon Seller only if in writing and acknowledged by both Buyer and Seller. Further, any changes which result in an increase in Seller's costs or which alter the specifications of the goods or services sold must be agreed to in writing and acknowledged by both Buyer and Seller. In no event shall Seller have any liability for loss of anticipatory profits claimed by either Buyer or Buyer's suppliers.

**3. MANUFACTURING CHANGES.** The Buyer shall give Seller advance written notice in writing of all specification, design, part number, and other identification changes, as well as major changes to the Buyer's process procedure which may affect the design and/or manufacture of the goods covered by this Offering. Further, Buyer shall give Seller written notice of any changes in location of the manufacturing plant applying to goods covered by this Offering. The warranties detailed in Paragraph 6 of these Terms and Conditions shall be rendered null and void if the Buyer fails to provide Seller with written notice of the changes identified in this Paragraph.

**4. TERMS.** Prices quoted are valid for thirty (30) days from the date of the Offering. After thirty (30) days, all prices are subject to change based upon the costs and conditions existing at the time which the Offering is being accepted and Seller has the right to revise all quotations before acceptance by the Buyer. inbound and outbound freight not included in quote and will be Buyer's responsibility on a prepay and add basis. If Purchaser fails to pay any invoice when due, SPEC may defer deliveries under this or any other contract with Purchaser, except upon receipt of satisfactory security for or cash in payment of any such invoice. A service charge of the lesser of 1% per month or the highest rate permitted by applicable law shall be charged on all overdue accounts. Failure on the part of Purchaser to pay invoices when due shall, at the option of SPEC, constitute a default in addition to all other remedies SPEC may have under these conditions of sale or applicable law.If, in the judgment of SPEC, the financial condition of Purchaser at any time prior to delivery does not justify the terms of payment specified. SPEC may require payment in advance or cancel any outstanding order, whereupon SPEC shall be entitled to receive reasonable cancellation charges.If delivery is delayed by Purchaser, payment shall become due on the date SPEC is prepared to make delivery. Should manufacture be delayed by Purchaser, pro rata payments shall become due if and to the extent required at SPEC by its contracts with the manufacturer. All installment deliveries shall be separately invoiced and paid for without regard to subsequent deliveries.Delays in delivery or non-conformities in any installment shall not relieve Purchaser of its obligations to accept any pay for remaining installments.

**5. RETENTION OF SECURITY INTEREST AND RIGHT TO POSSESSION**. Buyer agrees that the Seller shall retain a security interest in the goods manufactured by Seller until such time as Seller is paid in full. At the request of Seller, Buyer agrees to execute such documents as are necessary to perfect Seller's security interest in the items, including but not limited to, one or more financing statements in a form satisfactory to the Seller. To the extent permitted by law, Buyer hereby grants Seller authority on its behalf to execute, file or record any document necessary to perfect the Seller's security interest in the goods, including but not limited to a financing statement.



Specialty Process Engineering Company, LLC
25523 W Ruff St, Plainfield, IL 60585
**P** 815.676.5006 | **F** 630.303.9800
www.spec.engineering

Quote: Q10604
Project: 10694
Revision: 4
Location: Chicago, IL
Date: 10/6/2020

FILED DATE: 7/28/2025 12:21 PM    2025L009470

**6. WARRANTY.** The seller warrants that the products manufactured and supplied pursuant to this offering are free from defects in materials and workmanship for a period of one (1) year from the date of shipment so long as the Buyer has subjected the products to normal use and followed necessary and proper maintenance .

The seller shall possess the exclusive discretion to determine whether a defect in materials or workmanship arose during the warranty period. If seller concludes that a warrantable condition exists, the seller possesses the discretion to either repair or replace the specific defect. If the defect in materials or workmanship occurs within a period of ninety (90) days from the date of shipment, seller shall be responsible for labor charges in connection with repair or replacement of the defect – as long as the product or equipment is located within the continental United States and Canada. All other labor charges shall be Buyer's responsibility and shall be billed to Buyer at seller's then prevailing rates, including travel and lodging expenses.

Seller's obligations and Buyer's exclusive remedy hereunder shall be limited to such repair and replacement and shall be conditioned upon seller receiving written notice of any alleged defect no later than ten (10) days after its discovery within the warranty period. At seller's sole option and discretion, seller may require return of such products to seller when such return is feasible. Seller reserves the right to satisfy all of its warranty obligations by reimbursing Buyer for all amounts Buyer has paid to seller for such product upon which Buyer shall immediately return the product(s) to seller. The foregoing warranty is not applicable to: (i) accessories and components not manufactured by seller, which are warranted only to extent, if any, of the manufacturer's warranty for such accessories and components (but the warranty term for any such warranty shall be the expiration date of such warranty, or one year from date of shipment, whichever is the first to occur), or (ii) damages caused by shipping. Seller shall be responsible for freight charges for replacement parts only if shipped within the continental United States or Canada.

The foregoing warranty is exclusive and in lieu of all other express and implied warranties (except of title) including but not limited to implied warranties of merchantability, fitness for a particular purpose, performance, or otherwise. All other warranties are expressly disclaimed.

**7. LIMITATION OF LIABILITY.** The remedies of Buyer set forth herein are exclusive and the aggregate liability of seller for any claim of any kind for any loss or damage resulting from, arising out of or connected with this offering or from the performance or breach thereof or from the sale, delivery, resale, repair or use of any product whether based on contract, tort (including any product liability theory such as negligence, product recall or product retrofit), fault, indemnity or otherwise, shall in no event exceed the price allocable to the product giving rise to the claim. In no event shall the seller be liable for special, limited or consequential damages of any nature, including but not limited to loss of profits or revenue or business opportunity, loss by reason of shutdown of facilities or inability to operate any facility at full capacity, or cost of replacement power. The limitations contained in this paragraph shall supersede any inconsistent provisions in any instrument forming part of this agreement.

**8. BREACH AND CANCELLATION.** In the event Buyer breaches any of the terms and conditions of the Offering, Seller shall have the right to recover any incidental, consequential, special or indirect damages resulting from said breach(es). If Buyer cancels an order, the Buyer will be subject to a cancellation charge. If the order is cancelled within the first thirty (30) days from the order acknowledgment date, the Buyer agrees to pay a cancellation charge and shall be charged 20% of the Order amount. If the cancellation is after that date, Buyer agrees the charge shall be 50% of the order amount. Seller also reserves the right to cancel this Order or any part thereof in the event of insolvency or bankruptcy of Buyer.

**9. DATA/DRAWINGS.** Information, including drawings and data, submitted at any time by Buyer to Seller relating to the goods or services covered by this Offering are not submitted in confidence and may be used by Seller in any way in the conduct of its business. Seller's quotations will be prepared on the basis of technical data available on your product and application at time of inquiry. Changes in product condition or application after receipt of order may void any and all warranties.

*Process Engineering Simplied*

*EXHIBIT 1 - Page 006*



Specialty Process Engineering Company, LLC
25523 W Ruff St, Plainfield, IL 60585
**P** 815.676.5006 | **F** 630.303.9800
www.spec.engineering

Quote: Q10604
Project: 10694
Revision: 4
Location: Chicago, IL
Date: 10/6/2020

FILED DATE: 7/28/2025 12:21 PM   2025L009470

**10. FORCE MAJEURE.** The shipping dates given by Seller are approximate and Seller will use its best efforts to meet such dates. All orders are accepted with the understanding that shipping dates are approximate and subject to change because of Buyer delays (including, but not limited to, late approval drawings, acknowledgments or other delays), acts of God, factory conditions, fire, labor disputes, materials shortages, civil or military authority, and/or other causes beyond Seller's knowledge or control.

**11. CONSTRUCTION OF CONTRACT AND SELLER'S RIGHTS.** This Offering and the terms and conditions herein shall be construed according to the laws of the State of Illinois, without giving effect to choice of law principles. Buyer consents and agrees to the exclusive jurisdiction of the State courts in Will County, Illinois or the United States District Court in Plainfield, Illinois. Buyer further consents that Seller shall have the right to transfer any legal action to either the State courts in Will County, Illinois or the United States District Court in Plainfield, Illinois and Buyer waives any objection to such a transfer. All rights and remedies of Seller as herein specified shall be cumulative and in addition to any other or further remedies provided in law or equity. Failure of Seller to enforce any of the provisions of this Offering, to exercise any option herein provided or to require performance by Buyer of any of the provisions hereof, shall not in any way be construed to be a waiver of any provisions nor in any way affect the validity of this Offering or any part thereof, or the right of Seller thereafter to enforce each and every such provision.

**12. INSURANCE AND INDEMNIFICATION.** Buyer shall, upon demand, fully indemnify and hold seller harmless from any and all losses, costs, damages, expenses, penalties, fines, settlement and/or compromise payments, including, but not limited to, seller's reasonable attorneys' fees (through all appellate, enforcement, or collection proceedings), occasioned by or resulting from the breach or nonperformance of any of the Buyer's obligations contained in this agreement. This indemnification includes, but is not limited to, claims asserted against seller by employees, agents and subcontractors of Buyer or subsequent Buyers or users of the services performed or products sold under this offering/order which are caused by Buyer's failure to meet its obligations under this agreement or to situations in which the accident or injury could have been prevented had the Buyer enforced workplace rules or followed OSHA regulations.

**13. USE OF SELLER'S DESIGNS AND DATA.** Buyer shall not use or disclose other than to authorized subcontractors, any data, designs or technical information belonging to or supplied by Seller except in the performance of this Offering/Order. Upon completion of this Offering/Order, the data, designs or technical information shall be returned to Seller upon Seller's request. The same obligation of return to Seller shall extend to any subcontractors of Buyer engaged in the performance of this Offering/Order.

**14. PATENTS.** Buyer agrees to defend, protect and hold Seller, its successors, customers and users of its products harmless against every action or claim for alleged infringement of patent by reason of the sale or use of goods ordered hereby and to pay all costs, damages and profits recoverable from such action or claim. Buyer agrees to disclose and on request to assign to Seller or to such other party as Seller may direct, any invention, improvement or discovery conceived or reduced to practice, arising from designs, tools, patterns, drawings, or any other information supplied by Seller pertaining to goods developed especially for the Buyer and covered by this Offering.

**15. SEVERABILITY.** The invalidity or unenforceability of any of the clauses, terms or provisions of this Offering/Order shall not affect the validity or enforceability of any other clause, term, or provision hereof.

**16. SALES AND USE TAX.** Prices quoted are net unless otherwise stated. Prices quoted do not include federal, state, municipal or governmental excise, sales, use, occupational or other like taxes now enforced or to be enacted. Should such taxes be assessed upon this transaction, Seller hereby reserves the right to invoice Buyer and Buyer agrees to pay the same.

**17. COLLECTION AND REMEDIES.** Buyer agrees that seller may take any action it deems necessary to collect accounts/invoices not paid within terms and that seller shall be entitled to collect the cost of each product purchased along with all accrued finance charges, costs and expenses incurred. Buyer agrees to pay all costs and expenses, including but not limited to, actual attorney fees incurred by seller to enforce the terms and conditions of this agreement and/or incurred as a result of any breach of this agreement by Buyer.

*Process Engineering Simplied*

*EXHIBIT 1 - Page 007*

Law Division Motion Section: Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 9/25/2025 9:30 AM                                                                (12/01/24) CCL 0520

FILED DATE: 7/28/2025 12:21 PM   2025L009470

FILED
7/28/2025 12:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
33755644

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Blessed Communion LLC

v.

Specialty Process Engineering Company, LLC; Gray, Inc., and AD Process Equipment, LLC

No. 2025L009470

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ■ Yes ☐ No

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

**(FILE STAMP)**

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

### COMMERCIAL LITIGATION
CASE TYPES:
- ☒ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

_____

Primary Email: mphillips@mcguirewoods.com

Secondary Email: shernandez@mcguirewoods.com

Tertiary Email: usdocket@mcguirewoods.com

By: /s/ Michael R. Phillips (Attorney) _____

(Attorney)                        (Pro Se)

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
Page 1 of 1

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs, go to http://www.cookcountycourt.org/HOME/Zoom-Links-Videos-Court-Schedules #2
Court Date: 9/25/2025 9:30 AM    This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Courts. See these forms free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only FILED |
|---|---|---|
| Cook COUNTY | | 7/28/2025 12:21 PM Mariyana T. Spyropoulos CIRCUIT CLERK COOK COUNTY, IL 2025L009470 Calendar, Q 33755644 |

**FILED DATE: 7/28/2025 12:21 PM    2025L009470**

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | Blessed Communion LLC | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | v. **Defendants / Respondents** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | Specialty Process Engineering, LLC | |
| | Gray, Inc. | **Case Number** |
| | AD Process Equipment, LLC | **2025L009470** |
| | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

1. **Next Defendant/Respondent's address and service information:**

   a. Defendant/Respondent's primary address/information for service:

   Name *(First, Middle, Last)*:  AD PROCESS EQUIPMENT, LLC

   Registered Agent's name, if any:  Cogency Global Inc.

   Street Address, Unit #:  600 South Second St., Suite 404

   City, State, ZIP:  Springfield, IL 62704-2542

   Telephone: _____ Email: _____

   b. If you have more than one address where Defendant/Respondent might be found, list that here:

   Name *(First, Middle, Last)*: _____

   Street Address, Unit #: _____

   City, State, ZIP: _____

   Telephone: _____ Email: _____

   c. Method of service on Defendant/Respondent:

   ☐ Sheriff          ☐ Sheriff outside Illinois: _____ *County & State*

   ☐ Special process server          ☐ Licensed private detective

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,X,H,R,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs, go to https://www.cookcountycourt.org/HOME/Zoom-links/Civil-Division. This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. For more information, visit: ilcourts.info/forms.
Court Date: 9/25/2025 9:30 AM

FILED

FILED DATE: 7/28/2025 12:21 PM   2025L009470

7/28/2025 12:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
33755644

| STATE OF ILLINOIS,<br>CIRCUIT COURT<br><br>Cook_____ COUNTY | ADDITIONAL<br>DEFENDANT/RESPONDENT<br>ADDRESS AND SERVICE<br>INFORMATION FOR SUMMONS | *For Court Use Only* |
|---|---|---|

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | Blessed Communion LLC |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | v. <br><br>**Defendants / Respondents** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | Specialty Process Engineering, LLC <br> Gray, Inc. <br> AD Process Equipment, LLC |
| | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**Case Number**

2025L009470

**1.   Next Defendant/Respondent's address and service information:**

<table>
<tr><td>In <b>1a</b>, enter the name and address of the next Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.</td><td>

a.   Defendant/Respondent's primary address/information for service:<br>
Name *(First, Middle, Last):*   Gray, Inc.<br>
Registered Agent's name, if any:   Cogency Global Inc.<br>
Street Address, Unit #:   828 Lane Allen Road, Suite 219<br>
City, State, ZIP:   Lexington, KY 40504<br>
Telephone: _____ Email: _____

</td></tr>
<tr><td>In <b>1b</b>, enter a second address for this Defendant/Respondent if you have one.</td><td>

b.   If you have more than one address where Defendant/Respondent might be found, list that here:<br>
Name *(First, Middle, Last):* _____<br>
Street Address, Unit #: _____<br>
City, State, ZIP: _____<br>
Telephone: _____ Email: _____

</td></tr>
<tr><td>In <b>1c</b>, check how you are sending your documents to this Defendant/Respondent.</td><td>

c.   Method of service on Defendant/Respondent:<br>
☐ Sheriff        ☐ Sheriff outside Illinois: _____<br>
                                                    *County & State*<br>
        ☐ Special process server        ☐ Licensed private detective

</td></tr>
</table>

SU-S 1503.3                          Page 1 of 1                          (05/23)

FILED
7/28/2025 12:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
33755644

FILED DATE: 7/28/2025 12:21 PM  2025L009470

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Blessed Communion LLC
*Who started the case.*                    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Specialty Process Engineering, LLC
*Who the case was filed against.*

Gray, Inc.

AD Process Equipment, LLC
*First, Middle, and Last Name or Business Name*

**2025L009470**
_____
**Case Number**

---

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Richard J. Daley Center, 50 West Washington Street, Room 801, Chicago, IL 60602
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*              *Time*                              *Courtroom Number*

FILED DATE: 7/28/2025 12:21 PM   2025L009470

*Case Number:* _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
                             *Courtroom Address*                          *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                              *Video Conference Website*

    Log-in information: _____
                        *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
                      *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

    Phone: _____  or  Website: _____
         *Circuit Clerk's Phone Number*                  *Website URL*

_____         _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 10,000,000.00 .
                                        *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

    ☐ Yes    ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☐ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 2 .
                                    *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Specialty Process Engineering Company, LLC
      *First, Middle, and Last Name, or Business Name*

    Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

    CT Corporation System
       *First, Middle, and Last Name*

Street Address: 208 South LaSalle Street, Suite 814
          *Street, Apt #*

City, State, ZIP: Chicago, IL 60604
         *City*                     *State*        *Zip*

Telephone: _____  Email: _____

*Case Number:* _____

c.  **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
*Street, Apt #*

City, State, ZIP: _____
                     *City*                         *State*         *Zip*

Telephone: _____ Email: _____

d.  Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois   ☑ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
                           *County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name Blessed Communion LLC _____
        *First, Middle and Last Name*

Registered Agent's name, if any McGuireWoods LLP / Michael R. Phillips - Firm ID No. 40426
        *First, Middle and Last Name*

Street Address 77 West Wacker Drive, 41 FL _____
        *Street, Apt #*

City, State, ZIP: Chicago, IL 60601 _____
        *City*            *State*         *Zip*

Telephone: (312) 750-8902 _____ Email: mphillips@mcguirewoods.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____       *Seal of Court*

             7/28/2025 12:21 PM Mariyana T. Spyropoulos

Clerk of the Court: _____

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 7/28/2025 12:21 PM   2025L009470

*Case Number: _____*



# NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

# NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:



**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons*)*:**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

FILED DATE: 7/28/2025 12:21 PM    2025L009470

*Case Number:* _____

FILED DATE: 7/28/2025 12:21 PM 2025L009470

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

FILED
7/28/2025 12:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q

**COUNTY:** Cook _____
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Blessed Communion LLC
*Who started the case.*  *First, Middle, and Last Name or Business Name*

**2025L009470**
_____
**Case Number**

**DEFENDANTS/RESPONDENTS:** Specialty Process Engineering, LLC
*Who the case was filed against.*
Gray, Inc.

AD Process Equipment, LLC
*First, Middle, and Last Name or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

FILED DATE: 7/28/2025 12:21 PM   2025L009470

*Case Number:* _____

☐ On the **Business's agent:** _____
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____  Print Your Name _____

You are: ☐ Sheriff in Illinois                ☐ Special process server
       ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
                       *County and State*                    *License number*

**FEES:**
   Service and Return: $_____   Miles: $_____   Total: $_____

Date: 8/22/2025

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801, DALEY CENTER.
 CHICAGO IL-60602

BLESSED COMMUNION LLC
3351 North Elston Avenue
Chicago
IL - 60618

PhillipsMichael Ross
mphillips@mcguirewoods.com

NOTICE OF ZOOM CASE MANAGEMENT
CASE: 2025L009470

BLESSED COMMUNION LLC -vs- SPECIALTY PROCESS ENGINEERING COMPANY, LLC,GRAY, INC.

This cause is scheduled for initial case management via Zoom
before Judge, Sherlock, Patrick J. On Thursday September 25 2025 at 09:30 AM
          ** DO NOT APPEAR IN PERSON **
To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 994 2739 7392 PASSWORD: 2007

To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For questions email: Melissa.Robbins@cookcountyil.gov
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | *For Court Use Only* |
|---|---|---|

___Cook___ COUNTY

FILED
9/23/2025 10:05 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
34567477

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Below "Defendants/Respondents," enter the names of all people you are suing.

Enter the Case Number given by the Circuit Clerk.

**Plaintiff / Petitioner** *(First, middle, last name)*

Blessed Communion LLC

v.

**Defendants / Respondents** *(First, middle, last name)*

Specialty Process Engineering, LLC

Gray, Inc.

AD Process Equipment, LLC

2025 L 009470

**Case Number**

☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

1. **Next Defendant/Respondent's address and service information:**

   In **1a**, enter the name and address of the next Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

   a. Defendant/Respondent's primary address/information for service:
      Name *(First, Middle, Last)*:  AD PROCESS EQUIPMENT, LLC
      Registered Agent's name, if any:  Cogency Global Inc.
      Street Address, Unit #:  600 South Second St., Suite 404
      City, State, ZIP:  Springfield, IL 62704-2542
      Telephone: _____ Email: _____

   In **1b**, enter a second address for this Defendant/Respondent if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
      Name *(First, Middle, Last)*: _____
      Street Address, Unit #: _____
      City, State, ZIP: _____
      Telephone: _____ Email: _____

   In **1c**, check how you are sending your documents to this Defendant/Respondent.

   c. Method of service on Defendant/Respondent:
      ☐ Sheriff    ☐ Sheriff outside Illinois: _____
      *County & State*
      ☐ Special process server    ☐ Licensed private detective

SU-S 1503.3                     Page 1 of 1                     (05/23)

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at **ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only |
|---|---|---|

Cook _____ COUNTY

FILED
9/23/2025 10:05 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
34567477

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | Blessed Communion LLC |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | v. <br> **Defendants / Respondents** *(First, middle, last name)* |
| | Specialty Process Engineering, LLC |
| Enter the Case Number given by the Circuit Clerk. | Gray, Inc. |
| | AD Process Equipment, LLC |

2025 L 009470

**Case Number**

☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**1.** **Next Defendant/Respondent's address and service information:**

<table>
<tr><td>In <b>1a</b>, enter the name and address of the next Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.</td><td>
a.  Defendant/Respondent's primary address/information for service:<br>
    Name <i>(First, Middle, Last)</i>:  Gray, Inc.<br>
    Registered Agent's name, if any:  Cogency Global Inc.<br>
    Street Address, Unit #:  828 Lane Allen Road, Suite 219<br>
    City, State, ZIP:  Lexington, KY 40504<br>
    Telephone: _____  Email: _____
</td></tr>
<tr><td>In <b>1b</b>, enter a second address for this Defendant/ Respondent if you have one.</td><td>
b.  If you have more than one address where Defendant/Respondent might be found, list that here:<br>
    Name <i>(First, Middle, Last)</i>: _____<br>
    Street Address, Unit #: _____<br>
    City, State, ZIP: _____<br>
    Telephone: _____  Email: _____
</td></tr>
<tr><td>In <b>1c</b>, check how you are sending your documents to this Defendant/ Respondent.</td><td>
c.  Method of service on Defendant/Respondent:<br>
    ☐ Sheriff    ☐ Sheriff outside Illinois: _____<br>
                                      <i>County &amp; State</i><br>
    ☐ Special process server    ☐ Licensed private detective
</td></tr>
</table>

SU-S 1503.3            Page 1 of 1            (05/23)

FILED DATE: 9/23/2025 10:05 AM 2025L009470

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

FILED
9/23/2025 10:05 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
34567477

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Blessed Communion LLC
*Who started the case.* *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Specialty Process Engineering, LLC
Gray, Inc.
AD Process Equipment, LLC
*Who the case was filed against.* *First, Middle, and Last Name or Business Name*

2025 L 009470
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.



## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Richard J. Daley Center, 50 West Washington Street, Room 801, Chicago, IL 60602
*Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

______________ at ____________ ☐ a.m. ☐ p.m. in ____________.
*Month, Day, Year* *Time* *Courtroom Number*

*Case Number:* 2025 L 009470

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____

                              *Courtroom Address*                        *Courtroom Number*

☐ **Remotely** (video or telephone)

      **By video conference** at: _____

                           *Video Conference Website*

      Log-in information: _____

                        *Video Conference Log-in Information, Meeting ID, Password, etc.*

      **By telephone** at: _____

                    *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____    or    Website: _____

      *Circuit Clerk's Phone Number*                      *Website URL*

_____        _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 10,000,000.00 .

         *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

  ☐ Yes    ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

  ☐ I am having 1 Defendant/Respondent served and their information is on this form below.

  ☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 2 .

                      *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Specialty Process Engineering Company, LLC _____

     *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

CT Corporation System _____

     *First, Middle, and Last Name*

Street Address: 208 South LaSalle Street, Suite 814 _____

     *Street, Apt #*

City, State, ZIP: Chicago, IL 60604 _____

      *City*                      *State*         *Zip*

Telephone: _____    Email: _____

FILED DATE: 9/23/2025 10:05 AM   2025L009470

*Case Number:* 2025 L 009470

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
*Street, Apt #*

City, State, ZIP: _____
*City*                          *State*                 *Zip*

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois   ☑ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
*County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name Blessed Communion LLC _____
*First, Middle and Last Name*

Registered Agent's name, if any McGuireWoods LLP / Michael R. Phillips - Firm ID No. 40426 ____
*First, Middle and Last Name*

Street Address 77 West Wacker Drive, 41 FL _____
*Street, Apt #*

City, State, ZIP: Chicago, IL 60601 _____
*City*                          *State*                 *Zip*

Telephone: (312) 750-8902 _____ Email: mphillips@mcguirewoods.com _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** | The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____          *Seal of Court*
9/23/2025 10:05 AM Mariyana T. Spyropoulo

Clerk of the Court: _____

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 9/23/2025 10:05 AM  2025L009470

*Case Number:* 2025 L 009470



# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:



**You have been sued:**

- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons*)*:**

- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**

- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**

- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number:* 2025 L 009470 _____

FILED DATE: 9/23/2025 10:05 AM 2025L009470

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook _____
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Blessed Communion LLC _____
*Who started the case.*     *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Specialty Process Engineering, LLC _____
*Who the case was filed against.*

Gray, Inc. _____

AD Process Equipment, LLC _____
*First, Middle, and Last Name or Business Name*

2025 L 009470 _____
**Case Number**

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
      *Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
      *First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

  ☐ **Personally** on the Defendant/Respondent:
    ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

  ☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
    Name of person served: _____
       *First, Middle, Last Name*

    ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____
    and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

    address on this date: _____.

*Case Number:* 2025 L 009470

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/_____  Print Your Name _____

You are: ☐ Sheriff in Illinois
         ☐ Sheriff outside Illinois: _____      ☐ Special process server
                                    *County and State*      ☐ Licensed private detective, license number: _____
                                                                                                    *License number*

**FEES:**

   Service and Return: $_____   Miles: $_____   Total: $_____

FILED DATE: 9/23/2025 10:05 AM  2025L009470

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, Q

**AFFIDAVIT OF SERVICE**

FILED
9/25/2025 10:08 AM

| Case:<br>2025L009470 | Court:<br>STATE OF ILLINOIS, CIRCUIT COURT COOK COUNTY | County: | Job:<br>14222486 |
|---|---|---|---|

CIRCUIT CLERK
COOK COUNTY, IL
2025L009470

| Plaintiff / Petitioner:<br>Blessed Communion LLC | Defendant / Respondent:<br>AD Process Equipment, LLC |
|---|---|

| Received by:<br>Bill Clutter Investigations, Inc d.b.a. Courthouse Courier Service of Process | For:<br>McGuireWoods LLP |
|---|---|

Calendar, Q
34609881

| To be served upon:<br>AD Process Equipment, LLC |
|---|

I, Sarah Sullivan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Bob Babiak, Customer Support Specialist, 600 South Second St Ste 404, Springfield, IL 62704
**Manner of Service:** Corporation, Sep 24, 2025, 3:19 pm CDT
**Documents:** Complaint (Received Sep 24, 2025 at 4:17pm CDT), Alias Summons (Received Sep 24, 2025 at 4:17pm CDT)

**Additional Comments:**
1) Successful Attempt: Sep 24, 2025, 3:19 pm CDT at 600 South Second St Ste 404, Springfield, IL 62704 received by Bob Babiak, Customer Support Specialist. Age: 60-70; Ethnicity: Caucasian; Gender: Male; Weight: 140; Height: 5'11"; Hair: Gray;
Comments:

_Sarah A. Sullivan_ _____ 09/24/2025
Sarah Sullivan                                    **Date**
129.498194

Bill Clutter Investigations, Inc d.b.a. Courthouse Courier Service of Process
1 West Old State Capitol Plaza Ste 818
Springfield, IL 62701
217-528-5997
IL Detective Agency License #117-001206

# AFFIDAVIT OF SERVICE

FILED
9/25/2025 10:08 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
34609881

| | | | |
|---|---|---|---|
| **Case:**<br>2025L009470 | **Court:**<br>Circuit Court of Cook County | **County:**<br>Cook | **Job:**<br>14221910 |
| **Plaintiff / Petitioner:**<br>Blessed Communion LLC | | **Defendant / Respondent:**<br>Specialty Process Engineering Company LLC | |
| **Received by:**<br>Mithra PLLC | | **For:**<br>McGuireWoods LLP | |
| **To be served upon:**<br>CT Corporation System | | | |

I, Ethan Kuruc, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Tee Meeks, 208 S LaSalle St Suite 814, Chicago, IL 60604 |
| **Manner of Service:** | Corporation, Sep 24, 2025, 2:25 pm CDT |
| **Documents:** | Summons and Complaint |

**Additional Comments:**
1) Successful Attempt: Sep 24, 2025, 2:25 pm CDT at 208 S LaSalle St Suite 814, Chicago, IL 60604 received by Tee Meeks. Age: 30; Ethnicity: African American; Gender: Male; Weight: 180; Height: 5'11"; Hair: Black; Eyes: Brown; Relationship: Process Clerk;

_Ethan Kuruc_  _____09/24/2025_____

Ethan Kuruc                **Date**
117.001936

Mithra PLLC
1624 S Clinton St Suite 4A
Chicago, IL 60616-1110
3126008777

FILED DATE: 9/25/2025 10:08 AM   2025L009470

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Blessed Communion )
_____,)  Commercial Calendar **Q**
        Plaintiff(s),          )
                               )  No. __2025 L 009470_____
    v.                         )
                               )  Judge Jack Hagerty
Specialty Engineering, et al.  )  Courtroom 2007
_____,)
        Defendant(s).          )

### CASE MANAGEMENT ORDER

(4231)____  Written fact discovery to be issued by:_____

(4296)____  Written fact discovery to be completed by:_____

(4218)____  Party depositions, fact, 213(f)(1) and (2) depositions to be completed by:_____

(4206)____  Plaintiff(s) shall answer 213(f)(3) interrogatories by:_____

(4206)____  Defendant(s) shall answer 213(f)(3) interrogatories by:_____

(4218)____  Plaintiff's 213(f)(3) witnesses' depositions to be completed by:_____

(4218)____  Defendant's 213(f)(3) witnesses' depositions to be completed by:_____

(4218)____  Add'l party's 213(f)(3) witnesses' depositions to be completed by:_____

*All discovery shall be completed no later than 60 days before trial (Rule 218).*

(4619)____  This matter is continued for a Case Management Conference on
            __October 28, 2025_____ at___ __9:45 am_____ for status on:

x Service   □ Pleadings   □ Discovery   □ Settlement   □ Appearance of All Counsel   □ Other

_____

_____

_____

_____

(4005)____  The case is dismissed for Want of Prosecution

(4040)____  The case is voluntarily dismissed under 735 ILCS 5/2-1009

**Failure to appear may result in dismissal for want of prosecution or entry of a default order.**
**Failure to comply with this order shall be a basis for sanctions under Rule 219(c).**
**Failure to enforce this order may constitute a forfeiture of such discovery by that party.**

Name_Michael R. Phillips / McGuireWoods LLP      ENTERED:
Address_____77 W. Wacker Drive, 41FL_____
City/State_____Chicago, IL 60601_____
Telephone_____(312) 750-8902_____    *Judge Jack J. Hagerty-2233* SEP 2 5 2025
E-mail_____mphillips@mcguirewoods.com_____
Atty. For_____Plaintiff Blessed Communion_____
Atty. No._____40426_____     Judge,_____  Judge No. _____

Rev. January 2019

*Please See Explanatory Notes on Reverse Side*

## EXPLANATORY NOTES

**Discovery Dates.** An agreement among counsel to waive discovery time constraints will not be recognized by the court unless it is memorialized in a court order. Any proposed modification to a discovery schedule must not affect the scheduled trial date. A failure to complete discovery is *not* a legitimate basis for continuing a trial.

**Trial Dates.** Trial dates are firm. Continuances will rarely be granted and only for good cause—usually involving serious illness (or death) of counsel, a party, or a necessary witness. A motion for continuance should be brought as early as possible and should be supported by an affidavit.

Every effort is made to accommodate trials in Courtroom 2007, but due to the court's docket, cases may be reassigned on the day of trial.

If your case should settle after a trial date has been scheduled, please advise the court's case coordinator by leaving a voicemail message (312-603-5902) at your earliest convenience.

**Dispositive Motions.** Unless otherwise specified by order, dispositive motions shall be *presented* no later than 45 days before the trial date.

**Courtesy Copies.** A courtesy copy of any motion must be delivered three court days before presentment. Courtesy copies may be placed in the tray outside the courtroom.

**Standing Order.** An electronic copy of the court's standing order is available on the Circuit Court's website:

*http://www.cookcountycourt.org/JudgesPages/SherlockPatrickJ.aspx*

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at **ilcourts.info/forms.**

FILED DATE: 9/23/2025 10:05 AM   2025L009470

| | |
|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>__Cook__ COUNTY | **ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS** |

*For Court Use Only*

FILED
10/1/2025 9:14 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
34567477

FILED
9/23/2025 10:05 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
34567477

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Below "Defendants/ Respondents," enter the names of all people you are suing.

Enter the Case Number given by the Circuit Clerk.

**Plaintiff / Petitioner** *(First, middle, last name)*

Blessed Communion LLC

v.

**Defendants / Respondents** *(First, middle, last name)*

Specialty Process Engineering, LLC

Gray, Inc.

AD Process Equipment, LLC

2025 L 009470

**Case Number**

☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

1. **Next Defendant/Respondent's address and service information:**

    In **1a**, enter the name and address of the next Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

    a. Defendant/Respondent's primary address/information for service:
       Name *(First, Middle, Last):*  __Gray, Inc.__
       Registered Agent's name, if any:  __Cogency Global Inc.__
       Street Address, Unit #:  __828 Lane Allen Road, Suite 219__
       City, State, ZIP:  __Lexington, KY 40504__
       Telephone: _____  Email: _____

    In **1b**, enter a second address for this Defendant/ Respondent if you have one.

    b. If you have more than one address where Defendant/Respondent might be found, list that here:
       Name *(First, Middle, Last):* _____
       Street Address, Unit #: _____
       City, State, ZIP: _____
       Telephone: _____  Email: _____

    In **1c**, check how you are sending your documents to this Defendant/ Respondent.

    c. Method of service on Defendant/Respondent:
       ☐ Sheriff      ☐ Sheriff outside Illinois: _____
       *County & State*
       ☐ Special process server      ☐ Licensed private detective

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:**   Blessed Communion LLC
*Who started the case.*                         *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:**   Specialty Process Engineering, LLC
*Who the case was filed against.*

Gray, Inc.

AD Process Equipment, LLC
*First, Middle, and Last Name or Business Name*

FILED
9/23/2025 10:05 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009470
Calendar, Q
34567477

2025 L 009470

**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.



**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address:   Richard J. Daley Center, 50 West Washington Street, Room 801, Chicago, IL 60602
                          *Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*                 *Time*                                                *Courtroom Number*

FILED DATE: 9/23/2025 10:05 AM   2025L009470

*Case Number:* 2025 L 009470

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
<span style="margin-left:2em">*Courtroom Address*</span> <span style="margin-left:10em">*Courtroom Number*</span>

☐ **Remotely** (video or telephone)

**By video conference** at: _____
<span style="margin-left:8em">*Video Conference Website*</span>

Log-in information: _____
<span style="margin-left:6em">*Video Conference Log-in Information, Meeting ID, Password, etc.*</span>

**By telephone** at: _____
<span style="margin-left:6em">*Call-in Number for Telephone Remote Appearance*</span>

To find out more about remote court options:

Phone: _____ or Website: _____
<span style="margin-left:2em">*Circuit Clerk's Phone Number*</span> <span style="margin-left:8em">*Website URL*</span>

_____ _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 10,000,000.00 .
<div style="text-align:right">*(Enter 0 if you are not asking for money)*</div>

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☐ I am having 1 Defendant/Respondent served and their information is on this form below.

☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 2 .
<span style="margin-left:6em">*Number*</span>

b. First Defendant/Respondent's **primary address/information** for service:

Name: Specialty Process Engineering Company, LLC
<span style="margin-left:2em">*First, Middle, and Last Name, or Business Name*</span>

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

CT Corporation System
<span style="margin-left:2em">*First, Middle, and Last Name*</span>

Street Address: 208 South LaSalle Street, Suite 814
<span style="margin-left:4em">*Street, Apt #*</span>

City, State, ZIP: Chicago, IL 60604
<span style="margin-left:4em">*City*</span> <span style="margin-left:14em">*State*</span> <span style="margin-left:4em">*Zip*</span>

Telephone: _____ Email: _____

FILED DATE: 9/23/2025 10:06 AM 2025L009470

*Case Number:* 2025 L 009470

FILED DATE: 9/23/2025 10:05 AM  2025L009470

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
   *Street, Apt #*

City, State, ZIP: _____
   *City*                                      *State*                  *Zip*

Telephone: _____  Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois   ☑ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
   *County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name Blessed Communion LLC _____
   *First, Middle and Last Name*

Registered Agent's name, if any McGuireWoods LLP / Michael R. Phillips - Firm ID No. 40426
   *First, Middle and Last Name*

Street Address 77 West Wacker Drive, 41 FL _____
   *Street, Apt #*

City, State, ZIP: Chicago, IL 60601 _____
   *City*                                      *State*                  *Zip*

Telephone: (312) 750-8902 _____  Email: mphillips@mcguirewoods.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** | The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____      *Seal of Court*
   9/23/2025 10:05 AM Mariyana T. Spyropoulo

Clerk of the Court: _____

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 9/23/2025 9:06 AM 2025L009470

*Case Number:* 2025 L 009470



## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions:
ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:



**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons*)*:**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

FILED DATE: 10/1/2025 9:14 AM   2025L009470
FILED DATE: 9/23/2025 10:05 AM   2025L009470

Case Number: 2025 L 009470

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Blessed Communion LLC

*Who started the case.*   *First, Middle, and Last Name or Business Name*

2025 L 009470

**Case Number**

**DEFENDANTS/RESPONDENTS:** Specialty Process Engineering, LLC

*Who the case was filed against.*

Gray, Inc.

AD Process Equipment, LLC

*First, Middle, and Last Name or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ ~~SERVED~~ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☒ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☒ **Personally** on the Defendant/Respondent:

☐ Male ☒ Female ☐ Non-Binary  Approx. Age: **53**  Race: **WHITE**

On this date: **9/30/2025**  at this time: **14:02 hours** ☐ a.m. ☒ p.m.

Address, Unit#: **828 LANE ALLEN ROAD  UNIT #219**

City, State, ZIP: **LEXINGTON, Ky. 40504**

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

SU-S 1503.7                    Page 5 of 6                    (11/24)

*Case Number:* 2025 L 009470

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _9/30/2025_ at this time: _14:02 h_ ☐ a.m. ☒ p.m.

Address, Unit#: _828 LANE ALLEN ROAD #219_

City, State, ZIP: _LEXINGTON, Ky. 40504_

Other information about service attempt:

_SERVED_ ~SERVED~

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

> Dep. Chief Tony W. Coffey
> Federated Enforcement Agency
> Process Service Division
> 2265 Harrodsburg Rd. #300
> Lexington, KY 40504

### SIGN

I certify under <u>735 ILCS 5/1-109</u> that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _Deputy Chief T. Coffey_  Print Your Name _DEPUTY CHIEF TONY W. COFFEY_

You are: ☐ Sheriff in Illinois  ☒ Special process server _UNIT # 1102_

☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____

*County and State*  *License number*

**FEES:**

Service and Return: $ _80.00_  Miles: $ _____  Total: $ _80.00_

SU-S 1503.7

(11/24)

FILED DATE: 10/1/2025 9:14 AM  2025L009470
FILED DATE: 9/23/2025 10:05 AM  2025L009470